MINERVA J. HATCH, as Executrix of LUCIEN C. HATCH, Deceased, Respondent, *v.* THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF MONTICELLO, Appellant.

*Hatch v. President, etc., Vil. of Monticello,* 184 App. Div. 450, affirmed.

(Submitted November 25, 1919; decided December 9, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 10, 1918, modifying and affirming as modified a judgment in favor of plaintiff entered upon

a decision of the court at a Trial Term without a jury. The action was brought by the plaintiff's testator, as assignee, to recover $425, the agreed price of certain water mains sold and delivered to and taken over by the village of Monticello. The trial court directed a judgment in favor of the plaintiff for $425, with interest from the 23d day of February, 1909, the date of the agreement. The Appellate Division modified the judgment, so as to allow interest only from the time the demand was made for payment which was on the 24th day of April, 1915.

*Lewis N. Stanton* for appellant.

*Joseph I. Stahl* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, McLAUGHLIN and ELKUS, JJ.